4. APPEAL AND ERROR—*when discussion of evidence is harmless error.* Discussion in the presence of the jury with reference to the admission of certain evidence which was properly excluded, *held* not to be prejudicial.

5. MUNICIPAL COURT OF CHICAGO, § 4*—*when judge of County Court may preside.* Under the Municipal Court Act, the judge of a County Court may preside in the Municipal Court.

## Samuel Barnett, Appellee, v. Jacob Feder and Thomas Stanton, Appellants.

### Gen. No. 21,901. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. P. B. FLANAGAN, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed April 18, 1917.

### Statement of the Case.

Action by Samuel Barnett, plaintiff, against Jacob Feder and Thomas Stanton, defendants, to recover damages for defendants' failure to perform a certain contract whereby plaintiff agreed to purchase and defendants to sell certain real estate for the sum of $8,900. From a judgment for plaintiff, defendant Jacob Feder separately appeals.

This being the same action as *Barnett v. Stanton, ante,* p. 382, opinion in which was filed the same day, for the reasons therein stated the judgment is affirmed.

C. D. LEE, for appellants.

SONNENSCHEIN, BERKSON & FISHELL, for appellee.

MR. JUSTICE GOODWIN delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.